USBC-MD G FILED
17 AUG '26 PM12:26

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE,** | 26-90003<br><br>**MP CASE NO. 26-** ________ |

**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE**
**THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE**

The United States Trustee for Region 4, by and through undersigned counsel, and pursuant to Local Bankr. R. 9010-4(b), hereby respectfully requests that this Honorable Court strike the appearance of L. Jeanette Rice, Esquire, (Federal Bar No. 12933), as counsel for the United States Trustee in all of the cases listed on **Exhibit 1** in which she remains listed as counsel for the United States Trustee.

The United States Trustee hereby requests that the appearance of Courtney L. Morgan, (Federal Bar No. 17817), be entered as counsel for the United States Trustee in all open cases listed on **Exhibit 1**.

**WHEREFORE,** the United States Trustee respectfully requests that:

a) The requests set forth in this Miscellaneous Proceeding be granted;

b) The appearance of L. Jeanette Rice, Esquire be stricken in each and every matter in which Ms. Rice's appearance is presently entered as counsel for the United States Trustee in the attached Exhibit 1; and

c) The appearance of Courtney L. Morgan be entered as attorney for the United States Trustee in each case listed on Exhibit 1.

5

26-90003

Respectfully submitted,

**MATTTHEW W. CHENEY**
Acting United States Trustee for Region 4

By: <u>*/s/ L. Jeanette Rice*</u>
L. Jeanette Rice (Fed. Bar No. 12933)
United States Department of Justice
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Jeanette.Rice@usdoj.gov

Respectfully submitted,

**MATTTHEW W. CHENEY**
Acting United States Trustee for Region 4

By: *<u>/s/ L. Jeanette Rice</u>*
L. Jeanette Rice (Fed. Bar No. 12933)
United States Department of Justice
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Jeanette.Rice@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE,** | **MP CASE NO. 26-** ________ |

**EXHIBIT 1**

| Case Name | Case Number |
|---|---|
| 1. In re: Riley Beard Riley | 10-38621 |
| 2. In re: Ralph Jackson | 12-30948 |
| 3. In re: Dainty Gladstone | 13-21911 |
| 4. In re: David Fairweather | 14-18615 |
| 5. In re Advanced Pain Management | 17-16047 |
| 6. In re: Toufic Melki | 19-15265 |
| 7. In re: Rayshawn Robinson | 19-24523 |
| 8. In re: Zachair | 20-10691 |
| 9. In re: Family Friendly Contracting | 21-14213 |
| 10. In re: Delta Land Pediatrics, LLC | 22-12169 |
| 11. In re: Rashida Cohen | 22-16406 |
| 12. In re: Tristate Development/Piscataway | 25-12552 |
| 13. In re: Groundswell MMA LLC | 23-17981 |
| 14. In re: Meet Up PG Limited Liability | 24-13963 |
| 15. In re: Family of Care and Charles County Nursing | 24-18782 and 24-18784 |
| 16. In re: Horsey Denison Landscaping | 25-14103 |

| | |
|---|---|
| 17. In re: 7333 New Hampshire T Units LLC | 25-19766 |
| 18. In re: 7th State Builders, LLC | 26-10938 |
| 19. In re: Nancy Gusman | 25-20136 |
| 20. In re: Orlando Jones | 26-16216 |
| 1. In re: 5410 30TH Street | 25-19605 |
| 2. In re: Jacques Binong and Rita Lysinge | 26-11304 |
| 3. In re: Emnet & Mzlekia Menyahil | 26-17774 |
| 4. In re: MOMONA PROPERTIES, LLC | 26-15529 |
| 5. In re: Mulford Construction | 26-13271 |
| 6. In re: Optimal Beginnings | 26-16529 |
| 7. In re: Para-MED Medical Transportation | 26-14795 |
| 8. In re: Result Staffing Solutions, LLC | 26-11382 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE,** | **MP CASE NO. 26-** ________ |

**ORDER GRANTING MOTION TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE**

Upon consideration of the United States Trustee's Motion to Withdraw/Substitute the Appearance of Counsel for the U.S. Trustee, it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the United States Trustee's Motion to Withdraw/Substitute the Appearance of Counsel for the U.S. Trustee be and is hereby GRANTED.

END OF ORDER